IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ALLEN LEE GRACE, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 7:14-CV-168-HL |
| v. | : | |
| | : | |
| WARDEN JASON MEDLIN, | : | |
| | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

## ORDER

*Pro se* Petitioner Allen Lee Grace filed a Notice of Appeal and a Motion for Leave to Proceed *In Forma Pauperis* on appeal. On January 7, 2015, this Court ordered Petitioner's case dismissed and further ordered that a Certificate of Appealability ("COA") be denied in his 28 U.S.C. § 2254 action. Order, ECF No. 9. Judgment was entered the same day. Judgment, ECF No. 10. Because Petitioner is not entitled to a COA, he is not entitled to appeal *in forma pauperis*. Accordingly, Petitioner's motion to proceed *in forma pauperis* on appeal (ECF No. 14) is hereby **DENIED**.

SO ORDERED, this 9th day of February, 2015.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lws